Opinion issued August 29, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00929-CV

_____

**SANDRA L. MCGARRY, Appellant**

**V.**

**THE HOUSTON FIREFIGHTERS RELIEF AND RETIREMENT FUND, BRETT ROBERT BESSELMAN IN HIS CAPACITY AS CHAIR OF THE BOARD OF TRUSTEES OF THE HOUSTON FIREFIGHTERS RELIEF AND RETIREMENT FUND, AND THE BOARD OF TRUSTEES OF THE HOUSTON FIREFIGHTERS RELIEF AND RETIREMENT FUND, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-80333**

---

## MEMORANDUM OPINION

Appellant, Sandra L. McGarry, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.